AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DUANE HOPKINS,

                        Plaintiff,

            v.

MERIDIAN MANAGEMENT SOLUTIONS, LLC,

                        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-063-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, Duane Hopkins, and against Defendant, Meridian Management Solutions, LLC, in the amount of $2,500.00, plus costs and reasonable attorney fees.

| | |
|---|---|
| September 4, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |