UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUANE HOPKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>MERIDIAN MANAGEMENT SOLUTIONS, LLC,<br><br>    Defendant. | NO. CV-09-63-RHW<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION BY PLAINTIFF AND DEFENDANT TO VACATE JUDGMENT AND DISMISS CASE** |

Before the Court is the parties' Joint Stipulation and Motion by Plaintiff and Defendant to Vacate Judgment and Dismiss Case (Ct. Rec. 12).

The parties ask that the judgment entered on September 4, 2009 be vacated. The parties stipulate that the case fully settled prior to the entry of judgment by the Court and ask that the Court dismiss Plaintiff's claim with prejudice and without costs to either party.

Accordingly, **IT IS HEREBY ORDERED:**

1. The judgment entered on September 4, 2009 is vacated.

2. The claim asserted by Plaintiff against Defendant is **dismissed** with prejudice and without costs to either party.

///
///
///
///

**ORDER GRANTING JOINT STIPULATION AND MOTION BY PLAINTIFF AND DEFENDANT TO VACATE JUDGMENT AND DISMISS CASE ~ 1**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 16th day of November, 2009.

*s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Hopkins\vacate.wpd

**ORDER GRANTING JOINT STIPULATION AND MOTION BY PLAINTIFF AND DEFENDANT TO VACATE JUDGMENT AND DISMISS CASE ~ 2**